UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINOD SHARMA, et al., | No. 2:22-cv-00928-TLN-CKD |
| Plaintiffs, | |
| v. | **ORDER** |
| HSI ASSET LOAN OBLIGATION TRUST 2007-1, et al., | |
| Defendants. | |

This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19). On July 28, 2022, the magistrate judge filed findings and recommendations herein which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 18.) Plaintiffs have filed objections to the findings and recommendations. (ECF No. 19.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this matter. The Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

///

///

///

1     Accordingly, IT IS HEREBY ORDERED:

2     1.     The Findings and Recommendations filed July 28, 2022 (ECF No. 18), are ADOPTED in full;

4     2.     Plaintiffs' Motion to Remand (ECF No. 9) is DENIED;

5     3.     Defendants' Motion to Dismiss (ECF No. 7) is GRANTED;

6     4.     Plaintiffs' Complaint is DISMISSED with prejudice; and

7     5.     The Clerk of the Court is directed to close this case.

**DATED: September 19, 2022**

Troy L. Nunley
United States District Judge